AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br><br>Jacob Randall Lawrentz, date of birth June 18, 1977, who as of 10:25 a.m., on February 12, 2021, was in the custody of the Riverside County Sherriff's Department, Robert Presley Detention Center, in Riverside, California. | Case No. 5:21-mj-00090 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

   *See Attachment A-1*

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

   *See Attachment B-1*

Such affidavit or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    2/12/2021 at 12:49 p.m.    _____
                                                                                                *Judge's signature*

City and state:    Riverside, CA    Hon. Shashi H. Kewalramani, U.S. Magistrate Judge
                                                                                *Printed name and title*

AUSA: Ruben D. Escalante (213-393-7915)

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 5:21-mj-00090 | Date and time warrant executed: 2/16/2021 @ 3:50 PM | Copy of warrant and inventory left with: Not applicable. DNA Swab. |

Inventory made in the presence of :
  San Bernardino County Sheriff's Department, Deputy Sheriff (Escorted me to the housing unit)

Inventory of the property taken and name of any person(s) seized:

  Jacob Randall Lawrentz who was incarcerated at the West Valley Detention Center at the time the warrant was executed.

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/5/2021

_Executing officer's signature_

Thomas Vasquez, Special Agent

_Printed name and title_

**AFFIDAVIT**

I, Thomas Vasquez, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against Jacob Randall Lawrentz ("LAWRENTZ") for a violation of 18 U.S.C. § 1361: Depredation of Government Property.

2. This affidavit is also made in support of an application for a warrant to search for a biological sample containing deoxyribonucleic acid ("DNA"), to be obtained via buccal swab from the mouth of LAWRENTZ, as set forth in Attachment B-1, for evidence of violations of 18 U.S.C. § 1361: Depredation of Government Property. As of 10:25 a.m., on February 12, 2021, LAWRENTZ was in the custody of the Riverside County Sheriff's Department, Robert Presley Detention Center, in Riverside, California, and expected to be transferred to federal custody, and is further described in Attachment A-1. Attachments A-1 and B-1 are incorporated herein by reference.

3. If LAWRENTZ refuses to comply with the execution of this warrant, I further seek authorization to utilize reasonable force for the purpose of seizing the authorized item.

4. LAWRENTZ's DNA will be used in forensic testing to determine if LAWRENTZ's DNA can be found in a Department of Justice vehicle, which he abandoned at Wells Fargo Bank, as set forth below.

5. This affidavit is also made in support of an application for a warrant to seize clothing worn by LAWRENTZ at the time he committed the conduct alleged herein, specifically, a red, long-sleeve plaid shirt as reflected in surveillance video of the conduct committed herein, as described and depicted in Attachment A-2 (the "SUBJECT CLOTHING"). Such clothing is evidence of violations of 18 U.S.C. § 1361: Depredation of Government Property, as set forth in Attachment B-2. Attachments A-2 and B-2 are incorporated herein by reference.

6. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

7. I am a Special Agent ("SA") with the United States Department of Homeland Security, Federal Protective Service ("FPS"). I have been in this position since August 2017. From 2013 to July 2017, I was an FPS uniformed law enforcement officer. In that position, I conducted various preliminary investigations including assault on Federal contractors. As part of my official duties as a SA, I investigate crimes against

2

the United States that originate on United States government property, including assault against Federal contractors.

8. I have completed two basic training courses at the Federal Law Enforcement Training Center in Glynco, Georgia, which included training in the investigation of various crimes. Prior to becoming a FPS uniformed law enforcement officer, I worked as a Police Officer with the City of Maricopa, CA, in Kern County, CA, from December 2010 to March 2012. I completed training at the Rio Hondo Police Academy where I received my certification as a California peace officer.

### III. SUMMARY OF PROBABLE CAUSE

9. On or about February 11, 2021, LAWRENTZ trespassed onto Drug Enforcement Administration ("DEA") property located at 4470 Olivewood Ave., Riverside, CA 92501 by unknown means. LAWRENTZ walked around the exterior parking structure of the facility and retrieved two propane tanks located near a BBQ grill. LAWRENTZ threw a propane tank at a Department of Justice ("DOJ") vehicle (CA Plate: 8KIT092, Hyundai Sonata) ("DOJ VEHICLE 1"), which was parked along the southern fence line, and broke the front driver and passenger side window of the vehicle. LAWRENTZ then threw one of the propane tanks at another DOJ vehicle (CA Plate: 6UVK426, Ford Fusion) ("DOJ VEHICLE 2") which was parked a few stalls away from DOJ VEHICLE 1, and broke the passenger side window. LAWRENTZ then entered DOJ VEHICLE 2 and drove toward the exit gate. While LAWRENTZ was waiting for the exit gate to open, LAWRENTZ drove DOJ VEHICLE 2 into the gate, causing the gate to become disengaged from its track. LAWRENTZ

abandoned DOJ VEHICLE 2 near 3750 University Ave., Riverside, CA 92501 (Wells Fargo Bank). LAWRENTZ is estimated to have caused more than $1,000 damage to such property. Riverside Police Department ("RPD") reviewed video surveillance footage depicting the area where LAWRENTZ abandoned DOJ VEHICLE 2, was able to obtain a description, located LAWRENTZ shortly thereafter, and took him into custody.

### IV. STATEMENT OF PROBABLE CAUSE

10. Based on my review of video surveillance footage from the DEA facility and the immediate area where LAWRENTZ abandoned DOJ VEHICLE 2 and conversations with other law enforcement officers, and my own knowledge of the investigation, I am aware of the following:

**A. Review of Video Surveillance from the DEA facility**

11. On February 11, 2021, around 12:08 a.m., LAWRENTZ walked around the exterior parking lot of the DEA facility. LAWRENTZ retrieved two propane tanks located next to a BBQ grill located inside the exterior parking lot. LAWRENTZ walked toward DOJ VEHICLE 1, which was parked along the southern fence line, and threw one of the propane tanks toward the passenger side of the vehicle. Moments later, LAWRENTZ walked toward DOJ VEHICLE 2, which was parked a few stalls away from DOJ VEHICLE 1, and threw one of the propane tanks toward the front passenger window. LAWRENTZ proceeded to enter DOJ VEHICLE 2 and drove the vehicle toward the exit gate of the DEA facility. LAWRENTZ then began to wait for the gate to open, but drove DOJ VEHICLE 2 into

4

the gate prior to the gate fully opening. LAWRENTZ drove the vehicle onto Olivewood Ave., out of camera view.

   B.   Review of Video Surveillance from 3750 University Ave.
        (Wells Fargo Bank)

12. On February 11, 2021, at approximately 12:22 a.m., LAWRENTZ drove DOJ VEHICLE 2 next to the entrance of the Wells Fargo Bank, exited the vehicle, and walked toward the Automated Teller Machine. LAWRENTZ was wearing the same clothing depicted in the footage from the DEA facility, which includes the SUBJECT CLOTHING.

   C.   Interview of RPD Officer Wallace

13. On February 11, 2021, I spoke with RPD Officer Wallace who advised that his agency received a call-for-service pertaining to an abandoned vehicle near the intersection of Market St., and University Ave., Riverside, CA 92501, which appeared to be involved in a hit and run accident. He stated video surveillance of where the vehicle was abandoned was reviewed and a description was obtained, and an RPD Supervisor located LAWRENTZ at an undisclosed location. Officer Wallace advised that DOJ VEHICLE 1 sustained broken windows and two propane tanks were left in the passenger seat of the vehicle. Officer Wallace advised RPD arrested LAWRENTZ and transported him to the Robert Presley Detention Center ("RPDC") located at 4000 Orange St., Riverside, CA 92501. Officer Wallace advised the keys to the DOJ VEHICLE 2 were located inside the vehicle.

5

**D. Interview of LAWRENTZ**

14. On February 11, 2021, DEA SA Robert Diones and I attempted to conduct a Mirandized interview of LAWRENTZ at the RPDC. I recorded the interview via an Olympus audio recorder. While I was reading LAWRENTZ his Miranda rights, LAWRENTZ began screaming that he thought he was going to be released and stated he wished to remain silent. I concluded the interview.

**E. Interview of RPD Sergeant Michael Bucy**

15. On February 11, 2021, I interviewed RPD Sergeant (Sgt.) Bucy via Facetime. He stated that on February 11, 2021, he received a still photo by RPD Officer Lin, via the Wells Fargo Bank video surveillance footage, which depicted a male wearing a red, long-sleeve plaid shirt who had abandoned a vehicle next to the Wells Fargo Bank. Sgt. Bucy canvassed the area around the Wells Fargo Bank and located a male matching the description depicted in the still photo at the intersection of Lime St., and 12th St. Sgt. Bucy advised that Federal Bureau of Investigations (FBI) identifiers were located inside the vehicle. Sgt. Bucy instructed his officers to proceed to the FBI facility on Vine St., Riverside, CA, where they did not observe any evidence of a crime. Sgt. Bucy contacted the male matching the description who was wearing a plastic-covering over him and had a red, long-sleeve plaid shirt wrapped around his waistband.

16. The male identified himself as LAWRENTZ. In an un-Mirandized statement LAWRENTZ stated he took the vehicle from a "White" building next to the freeway and pointed toward the DEA

6

facility.  Sgt. Bucy believed the "White" facility to be the DEA facility.  While speaking with Sgt. Bucy, he played back Body-Worn-Camera ("BWC") footage for me which depicted LAWRENTZ stating that he utilized propane tanks to break the windows of the vehicles at the facility as LAWRENTZ was looking for change.  When asked why LAWRENTZ took the vehicle, LAWRENTZ stated because the keys were in the vehicle.  LAWRENTZ had the red, long-sleeve plaid shirt wrapped around his waistband.  LAWRENTZ agreed to show the RPD officers from where he took the vehicle (DOJ VEHICLE 2).  LAWRENTZ entered one of the RPD vehicles and directed the officers to the DEA facility.  The RPD officers turned into the DEA parking lot where they observed the damage to the gate and DOJ VEHICLE 1.  The officers, thereafter, informed LAWRENTZ that he was under arrest.

    **F.    Cost Estimate of Proposed Damage to DEA and DOJ Property**

17.  Based on my training and experience, and review of the damage sustained to the DOJ vehicles and damage to the DEA exit gate, the cost for repair will exceed $1000.00.  Formal cost estimates will be provided at a later date and time.

    **G.    Criminal History**

18.  A criminal history check was conducted via the California Law Enforcement Telecommunications System (CLETS)/National Crime Information Center (NCIC), which revealed the following criminal convictions:

    a.    Obstruct/Resist Executive Officer (September 2, 2015, Misdemeanor);

b. Battery on Peace Officer/Emergency Personnel (September 2, 2015, Misdemeanor);

c. Obstruct Public Officer (May 25, 2016, Misdemeanor);

d. Disorderly Conduct: Loiter/Private Property (May 25, 2016, Misdemeanor);

e. Burglary: First degree (May 23, 2018, Felony);

f. Grand Theft: Money/Labor/Property (May 23, 2018, Felony);

g. Burglary (February 16, 2017, Felony);

h. Battery (January 16, 2020, Misdemeanor);

i. Burglary: Second Degree (January 16, 2020, Felony);

j. Grand Theft: Money/Labor/Property (January 16, 2020, Felony);

k. Theft (September 4, 2020, Misdemeanor);

l. Possess Controlled Substance (October 9, 2020, Misdemeanor); and

m. Under Influence of Controlled Substance (November 10, 2020, Misdemeanor).

///

///

///

8

**H. Request for Use of Reasonable Force**

19. Based on my training and experience, and the nature of the criminal conduct described above, as well as him screaming at us during the interview, I believe LAWRENTZ may refuse to comply with any court-authorized efforts to obtain his DNA. Accordingly, I respectfully respect authority to use reasonable force in order to obtain a DNA sample.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this <u>12th</u> day of
<u>February</u>, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

9

**ATTACHMENT A-1**

PERSON TO BE SEARCHED:

    Jacob Randall Lawrentz ("LAWRENTZ"), date of birth June 18, 1977, who as of 10:25 a.m., on February 12, 2021, was in the custody of the Riverside County Sheriff's Department, Robert Presley Detention Center, in Riverside, California, and expected to be transferred to federal custody.  LAWRENTZ is further described by the Jail Information Management System, Robert Presley Detention Center, as:

Booking#: 202105817

Sex: Male

Name: Jacob Randall Lawrentz

Height: 5'7"

Weight: 190 lbs.

Eyes: Brown

Hair: Brown

10

**ATTACHMENT B-1**

<u>ITEM TO BE SEIZED</u>

Biological sample containing Jacob Randall Lawrentz's ("LAWRENTZ") DNA, which is to be obtained through a buccal swab of the inner tissues of LAWRENTZ's mouth, and should LAWRENTZ refuse to comply with the execution of the search, may be obtained through the use of reasonable force, as evidence of violations of 18 U.S.C. § 1361: Depredation of Government Property.

## ATTACHMENT A-2

A red, long-sleeve plaid shirt, as worn by Jacob Randall Lawrentz ("LAWRENTZ"), as reflected in the screen shot below, which is from surveillance video of the alleged conduct on February 11, 2021, and which as of 10:25 a.m., on February 12, 2021, was in the custody of the Riverside County Sheriff's Department.



12

## ATTACHMENT B-2

<u>ITEM TO BE SEIZED</u>

A red, long-sleeve plaid shirt, as worn by Jacob Randall Lawrentz ("LAWRENTZ"), as described in ATTACHMENT A-2, as evidence of violations of 18 U.S.C. § 1361: Depredation of Government Property.